# STATE v. CHICAGO & NORTH WESTERN RAILWAY COMPANY.[1]

September 19, 1930.

No. 28,033.

*Fritz & Foster, William T. Faricy, Warren Newcome* and *Alfred E. Rietz,* for appellant.

*Henry N. Benson,* Attorney General, and *William K. Montague,* Assistant Attorney General, for the state.

PER CURIAM.

This is a companion case to State v. C. R. I. & P. Ry. Co. 181 Minn. 615, 232 N. W. 105.

In this case the only item involved is the so-called Pullman excess receipts. The court awarded judgment for recovery of the gross earnings tax on that item. The decision in the companion case determines all questions raised here.

The judgment appealed from is reversed.

[1]Reported in 232 N. W. 108.